PATRICK H. HUTCHINSON *vs.* JAMES C. TUCKER.

Suffolk.    March 15. — 22, 1878.    COLT & SOULE, JJ., absent.

Under the Gen. Sts. *c.* 129, §§ 41, 82, it is within the discretion of the Superior Court
to allow the amendment of a writ against the defendant personally, so as to charge
him in his capacity as administrator; and to the exercise of that discretion no ex-
ception lies, although the amendment was allowed more than two years after he
had given due notice of his appointment as administrator and after his final ac-
count as such had been allowed by the Probate Court.

CONTRACT on an account annexed.    The writ, dated March
23, 1875, and returnable to the Superior Court, was against the
defendant personally.    On February 27, 1877, *Gardner*, J., al-
lowed the plaintiff to amend the writ so as to charge the defend-
ant as administrator of John C. Tucker, the defendant objecting
to the amendment on the ground that he, as administrator, had
rendered his final account and fully administered on the estate.
The defendant alleged exceptions.

The case was afterwards tried before *Bacon*, J.  The defend-
ant put in evidence that his first and final account was allowed
by the Probate Court on February 5, 1877, and that the amend-
ment was allowed more than two years after he gave due notice
of his appointment as administrator; and requested the judge
to rule that the plaintiff could not recover, for these reasons.

The judge declined so to rule.    The jury returned a verdict
for the plaintiff; and the defendant alleged exceptions.

*J. P. Treadwell & L. H. Babcock*, for the defendant.

*P. H. Hutchinson*, pro se.

BY THE COURT.    The allowance of the amendment was within
the discretion of the Superior Court, to the exercise of which no
exception lies.    Gen. Sts. *c.* 129, §§ 41, 82.    *Lester* v. *Lester*, 8
Gray, 437.                                    *Exceptions overruled.*